IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| KENNETH GUZMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. |
| | ) | |
| WELL HEALTH LABS LLC AND | ) | |
| X CALIBER CONTAINER LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff Kenneth Guzman, by and through his attorneys of record Arthur E. Rhodes and Richard James of DeVaughn James Injury Lawyers state and allege the following against Defendants:

### A. PARTIES

1. Plaintiff is a resident and citizen of Shawnee, Kansas.

2. Defendant Well Health Labs, LLC is headquartered in Texas and be served through its resident agent at 14402 W. Bellfort St., Apt. 727, Sugarland, TX 77498.

3. Defendant X Caliber Container LLC is headquartered in Texas and can be served through its resident agent at 600 Timber Ridge Lake Rd., Graham, TX 76450

### B. JURISDICTION AND VENUE

4. This Court has jurisdiction over the parties and subject matter.

5. Venue is proper in the Kansas City division of the Kansas District Court of the Federal District Court.

6. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five

Thousand Dollars ($75,000.00) exclusive of interest and costs.

## C. NATURE OF ACTION

7. This is a personal injury action arising out of an incident that occurred on March 29, 2021 when an overhead metal awning of a cargo container owned by Defendant X Caliber Container LLC, fell on Plaintiff while he was a contract worker of Defendant Well Health Labs, LLC in Leawood, KS.

8. Defendants are liable for the negligence of their officers, employees and/or agents under the legal doctrines of vicarious liability and respondeat superior.

## D. CAUSE OF ACTION – NEGLIGENCE

9. The dangerous and unstable awning was negligently created and maintained by Defendant X Caliber Container LLC. Said awning was negligently used and maintained by Defendant Well Health Labs, LLC.

10. The unstable awning was a hazardous condition because it was located above where employees would stand, walk, and work.

11. Because the condition was created and/or maintained by Defendants, knowledge of the condition is implied. Defendants knew or should have known of the hazardous condition. Further, Defendants had actual knowledge of the hazardous condition.

12. Despite having knowledge of the hazardous condition caused by the unstable awning, Defendant Well Health Labs, LLC failed to remedy or otherwise take reasonable steps to protect its contract workers from the danger caused by condition.

13. As a result of Defendants' negligence, Plaintiff sustained severe personal injuries including serious bodily injury, past and future medical expenses, lost wages, and

has incurred past and future non-economic damages such as pain and suffering and mental anguish.

14. Because of the severity of the risk associated with the hazardous condition, Defendants' failure to remedy the condition or otherwise protect its contract workers constitutes willful and/or wanton conduct, such that punitive damages are appropriate.

15. Defendants' conduct before, at the time of, and after the injury incident on March 29, 2021 satisfies all the requirements necessary for an award of punitive damages pursuant to K.S.A. 60-3701, et seq., including but not limited to Defendants' authorization and/or ratification of the willful and/or wanton conduct that caused Plaintiff's injuries.

WHEREFORE, Plaintiff prays for judgment against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

/s/ Arthur E. Rhodes
Arthur E. Rhodes, #17661
Richard W. James, #19822
DeVaughn James Injury Lawyers
3241 N Toben St.
Wichita, KS 67226
[P] (316) 977-9999
[F] (316) 425-0414
arhodes@devaughnjames.com
rjames@devaughnjames.com
*Attorney for Plaintiffs*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW the Plaintiff and demands a pretrial conference and trial by a jury in this matter.

/s/ Arthur E. Rhodes
Arthur E. Rhodes, #17661
Attorneys for Plaintiff

## DESIGNATION FOR PLACE OF TRIAL

COMES NOW the Plaintiff and designates Kansas City, Kansas as the place for trial of this matter.

/s/ Arthur E. Rhodes
Arthur E. Rhodes, #17661
Attorneys for Plaintiff